UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SIDOO, et al.,<br><br>        Defendants | Case No. 19-cr-10080-NMG |

**DEFENDANT MOSSIMO GIANNULLI'S WAIVER OF APPEARANCE FOR ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Mossimo Giannulli hereby waives his right to appear in court for arraignment on the Second Superseding Indictment in the above-captioned case. Mr. Giannulli and his counsel affirm that Mr. Giannulli has received a copy of the Second Superseding Indictment and that Mr. Giannulli pleads NOT GUILTY to each of the charges against him.

Accordingly, Mr. Giannulli respectfully requests that the Court accept this waiver and enter Mr. Giannulli's plea of NOT GUILTY.

_____
Mossimo Giannulli

Respectfully Submitted,

/s/ Sean M. Berkowitz
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7016
Facsimile: (312) 993-9767
sean.berkowitz@lw.com

/s/ *William J. Trach*
William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
Facsimile:  (617) 948-6001
william.trach@lw.com


*/s/ Perry J. Viscounty*
Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290
perry.viscounty@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail on April 15, 2019 to those identified as non-registered participants.

    /s/ *Sean M. Berkowitz*
Sean M. Berkowitz