# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSSIMO GIANNULLI and LORI LOUGHLIN,<br><br>Defendants. | Case No. 19-cr-10080 |

### DEFENDANTS MOSSIMO GIANNULLI AND LORI LOUGHLIN'S UNOPPOSED MOTION TO JOIN IN THE MOTION FOR PRODUCTION OF EXCULPATORY EVIDENCE REGARDING TITLE III INTERCEPTIONS AND CONSENSUAL RECORDINGS AND FOR OTHER APPROPRIATE RELIEF (ECF NO. 681)

Defendants Mossimo Giannulli and Lori Loughlin move to join in the Motion for Production of Exculpatory Evidence Regarding Title III Interceptions and Consensual Recordings and for Other Appropriate Relief by several Defendants, ECF. No. 681. Giannulli and Loughlin agree with the arguments and assertions—as well as the request for relief—in that Motion. Thus, they seek permission from the Court to join in the Motion. No prejudice to the Government would result from an order granting this request, and the Government consents to Giannulli and Loughlin's request.

Dated: December 11, 2019

Respectfully submitted,

*/s/Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*Counsel for Mossimo Giannulli and Lori Loughlin*

George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street
Suite 1600
Boston, MA 02110
Phone: 617.720.2880
Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

Mark E. Beck  (*admitted pro hac vice*)
Mark Beck Law, A Professional Corporation
350 West Colorado Boulevard
Suite 200
Pasadena, CA 91105
Phone: 213.596.7828
mbeck@markbecklaw.com

*Counsel for Mossimo Giannulli*

        David C. Scheper (*admitted pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street
12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

*Counsel for Lori Loughlin*

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on December 11, 2019, he conferred with counsel for the Government, and that the Government consents to the relief sought in this Motion.

        */s/Sean M. Berkowitz*
        Sean M. Berkowitz

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed with the Clerk of the United States District Court for the District of Massachusetts via the CM/ECF system, which will notify all participants in the case who are registered CM/ECF users; these are identified on the Notice of Electronic Filing. Paper copies will be sent via first-class mail on December 11, 2019, to those identified as non-registered participants.

*/s/Sean M. Berkowitz*
Sean M. Berkowitz
