# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SIDOO, et al.,<br><br>Defendants. | Case No. 19-cr-10080-NMG |

### DEFENDANT MOSSIMO GIANNULLI AND LORI LOUGHLIN'S ASSENTED-TO MOTION TO MODIFY BOND CONDITIONS

Defendants Mossimo Giannulli and Lori Loughlin ("Defendants") respectfully move the Court for an order releasing their $1,000,000 bonds secured by their property, reducing their bail from $1,000,000 to $100,000, and removing the requirement that the $100,000 bonds be secured by money or property. The Government assents to the relief sought in this motion.

By way of background, Mr. Giannulli was arrested on March 12, 2019, and initially presented in the Central District of California, where Magistrate Judge Wilner permitted him release on a $1,000,000 appearance bond secured by property. Ms. Loughlin was arrested on March 13, 2019, and initially presented in the Central District of California, where Magistrate Judge Rosenberg permitted her release on a $1,000,000 appearance bond secured by property. Defendants then appeared in this district on April 3, 2019, and Chief Magistrate Judge Kelley ordered that the bonds for Defendants set in the district of their arrest be adopted without modification. On May 20, 2020, Defendants executed plea agreements with the Government, and on May 22, 2020, appeared before this Court to change their pleas: Mr. Giannulli pleaded guilty as to Count 1, and Ms. Loughlin pleaded guilty as to Count 1. Defendants are scheduled to be sentenced on August 21, 2020.

The Government, through AUSA Eric Rosen, has informed counsel that it agrees with Defendants' request to lift the security requirement and reduce the bail amounts to $100,000. Moreover, a requirement that the bonds be secured in these circumstances is not necessary under the Bail Reform Act, which requires imposition of "the least restrictive further condition or combination of conditions" necessary to "reasonably assure the appearance of the person" and provide for the safety of the community. 18 U.S.C. § 3142(c)(1)(B). There is no indication that Defendants will flee rather than face sentencing. A requirement that their bond be secured with a lien on their home is not the "least restrictive" condition necessary, as an unsecured bond, coupled with sufficient assets to collect upon, provides the same incentive for Defendants to appear in this case, which they will of course continue to do.

Accordingly, and with the Government's agreement, Defendants respectfully request that the $1,000,000 appearance bonds they each executed in March 2019 be released, upon their posting unsecured bonds of $100,000 each.

Dated: July 13, 2020

Respectfully submitted,

*/s/ William J. Trach*

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
Allison S. Blanco (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com
allison.blanco@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*Counsel for Mossimo Giannulli and Lori Loughlin*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I conferred with counsel for the Government in an attempt to resolve or narrow the issues raised in this motion. The Government assents to this motion.

*/s/ William J. Trach*
William J. Trach

## CERTIFICATE OF SERVICE

I certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants.

*/s/ William J. Trach*
William J. Trach
