UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

DAVID SIDOO, et al.,

Defendants.

Case No. 19-cr-10080-NMG

## DEFENDANT MOSSIMO GIANNULLI AND LORI LOUGHLIN'S ASSENTED-TO MOTION TO MODIFY BOND CONDITIONS

Defendants Mossimo Giannulli and Lori Loughlin ("Defendants") respectfully move the Court for an order releasing their $1,000,000 bonds secured by their property, reducing their bail from $1,000,000 to $100,000, and removing the requirement that the $100,000 bonds be secured by money or property. The Government assents to the relief sought in this motion.

By way of background, Mr. Giannulli was arrested on March 12, 2019, and initially presented in the Central District of California, where Magistrate Judge Wilner permitted him release on a $1,000,000 appearance bond secured by property. Ms. Loughlin was arrested on March 13, 2019, and initially presented in the Central District of California, where Magistrate Judge Rosenberg permitted her release on a $1,000,000 appearance bond secured by property. Defendants then appeared in this district on April 3, 2019, and Chief Magistrate Judge Kelley ordered that the bonds for Defendants set in the district of their arrest be adopted without modification. On May 20, 2020, Defendants executed plea agreements with the Government, and on May 22, 2020, appeared before this Court to change their pleas: Mr. Giannulli pleaded guilty as to Count 1, and Ms. Loughlin pleaded guilty as to Count 1. Defendants are scheduled to be sentenced on August 21, 2020.

*Motion allowed.* /s/ NMGorton, USDJ 7/14/20