**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

v.

MOSSIMO GIANNULLI,

Defendant.

Case No. 19-cr-10080-NMG

**MOSSIMO GIANNULLI'S EMERGENCY MOTION TO MODIFY SENTENCE**
**PURSUANT TO 18 U.S.C. § 3582(c)(1)**

Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Defendant Mossimo Giannulli, by and through his undersigned counsel, hereby moves the Court for an order modifying his term of imprisonment by ordering that he be released from the custody of the Bureau of Prisons and serve the remaining portion of his prison sentence in home confinement.

As set forth in the accompanying Memorandum in Support of Mossimo Giannulli's Emergency Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(1), Mr. Giannulli's 56 days confined in solitary quarantine, in combination with the ongoing COVID-19 pandemic and resulting Department of Justice guidance for BOP to reduce prison populations by releasing eligible inmates to home confinement, present "extraordinary and compelling reasons" for the Court to grant Mr. Giannulli's requested relief.  Mr. Giannulli is eligible under the statute for relief from this Court, as more than 30 days has passed since Mr. Giannulli's request for release to home confinement was made to the Bureau of Prisons ("BOP"), and Mr. Giannulli has exhausted administrative remedies by asking BOP to transfer him to home confinement, which request the BOP has denied.

Dated:  January 14, 2021

Respectfully submitted,

/s/ William J. Trach

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
Allison S. Blanco (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com
allison.blanco@lw.com

George W. Vien (BBO #547411)
Joshua N. Ruby (BBO #679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Phone: 617.720.2880
Fax: 617.720.3554
gwv@dcglaw.com
jnr@dcglaw.com

*Counsel for Mossimo Giannulli*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with Karin Bell, Assistant United States Attorney, regarding this motion, and she stated that the Government opposes it.

/s/ William J. Trach
William J. Trach

## CERTIFICATE OF SERVICE

I certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants.

/s/ William J. Trach
William J. Trach