# EXHIBIT C

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Frequently Asked Questions regarding potential inmate home confinement in response to the COVID-19 pandemic.

Given the surge in positive cases at select sites and in response to the Attorney General Barr's directives, the BOP began immediately reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Since the release of the [Attorney General's original memo](#) to the Bureau of Prisons on March 26, 2020 instructing us to prioritize home confinement as an appropriate response to the COVID-19 pandemic, the BOP has significantly increased its placement of offenders on home confinement. Currently, the BOP has **7,861** inmates on home confinement. The total number of inmates placed in home confinement from March 26, 2020 to the present (including inmates who have completed service of their sentence) is **20,221**.

- **Eligibility requirements**
- Providing Assistance
- Inmates in RDAP
- Quarantine Requirement
- Transportation
- Reconsideration

(+) What are the eligibility requirements for an inmate to be considered for Home Confinement under the CARES Act and the Attorney General Guidelines?

(+) If an incarcerated individual does not qualify for Home Confinement under the CARES Act, is there any other means for them to obtain early release from an institution?

**< COVID-19 Main Resource Page**



**About Us**
- About Our Agency
- About Our Facilities
- Historical Information
- Statistics

**Inmates**
- Find an Inmate
- First Step Act
- Communications
- Custody & Care
- Visiting
- Voice a Concern

**Locations**
- List of our Facilities
- Map of our Locations
- Search for a Facility

**Careers**
- Life at the BOP
- Explore Opportunities
- Current Openings
- Application Process
- Our Hiring Process

**Business**
- Acquisitions
- Solicitations & Awards
- Reentry Contracting

**Resources**
- Policy & Forms
- News Stories
- Press Releases
- Publications
- Research & Reports

**Resources For ...**
- Victims & Witnesses
- Employees
- Federal Executions
- Former Inmates
- Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback

https://www.bop.gov/coronavirus/faq.jsp#hc_eligibility    1/2