# EXHIBIT F

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

3901 Klein Blvd.
Lompoc, California 93436

January 7, 2020

William J. Trach
Latham & Wakins LLP
200 Clarendon Street
Boston, MA 02116

RE:   GIANNULLI, Mossimo
      Register Number: 77808-112

Dear Mr. Trach,

    This is in response to your correspondence, dated December 28, 2020, regarding Mr. Giannulli. Specifically, you request that Mr. Giannulli be released to home confinement due to "extraordinary circumstances" in the form of a "35+ day [placement in] quarantine".

    Placing inmates on quarantine and/or isolation to mitigate the spread of COVID-19 involves a fluid process of testing and evaluating symptoms over time to ensure inmate movement is safe. While negative test results are helpful, new events like self-reported symptoms consistent with a COVID-19 infection or potential exposure to an individual with a confirmed case of COVID-19 may warrant placing an individual in isolation status or prolonging their placement in quarantine. Please also note that a COVID-19 test result only provides information about one point in time and does not preclude the possibility of a subsequent infection.

    A review of this matter shows that Mr. Giannulli has a release date of April 17, 2021, and has only served 34.4% of his sentence. At this time, Mr. Giannulli is not being considered for home confinement placement under the Attorney General Barr's March 26, 2020 Memorandum. However, he is being referred for pre-release community placement per Bureau of Prison's ordinary

RE:   GIANNULLI, Mossimo
      Register Number: 77808-112
      Page 2 of 2

policies and procedures.

   I trust this has been responsive to your request.

                                        Sincerely,

                                        Patricia V. Bradley
                                        Complex Warden