# EXHIBIT H



Coronavirus Disease 2019 (COVID-19)

# CDC COVID Data Tracker
Maps, charts, and data provided by the CDC

- **Case Trends** ▾
- Vaccinations
- County View ▾
- Laboratory ▾
- Global Cases and Deaths ▾
- Community Impact ▾
- Unique Populations ▾
- COVID-19 Home

| Cases and Deaths by State | US and State Trends | Compare State Trends | Demographics | Trends by Population Factors |

Forecasting  Trends in ED Visits

## United States COVID-19 Cases and Deaths by State
Reported to the CDC since January 21, 2020



| TOTAL CASES | CASES IN LAST 7 DAYS | TOTAL DEATHS |
|---|---|---|
| **22,740,142** | **1,737,820** | **379,255** |
| +217,393 New Cases | | +4,131 New Deaths |

CDC | Updated: Jan 13 2021 12:16PM

**View:**
◉ Cases
○ Deaths

**Time period:**
○ Last 7 Days
◉ Since Jan 21, 2020

**Metric:**
◉ Count
○ Rate per 100,000

**Total Number of COVID-19 Cases in the US Reported to the CDC, by State/Territory**



🌐 Map  |  📊 Chart





View Historic Case and Death Data | Download Map

## Data Table for Total Cases by State/Territory

CDC | Updated: Jan 13 2021 12:16PM

Download Data

| State/Territory | Total Cases | Confirmed | Probable |
|---|---|---|---|
| California | 2,747,288 | N/A | N/A |
| Texas | 1,995,292 | N/A | N/A |
| Florida | 1,476,484 | N/A | N/A |
| Illinois | 1,040,168 | 1,040,168 | 0 |
| Ohio | 792,938 | 702,846 | 90,092 |
| Georgia | 773,692 | 648,694 | 124,998 |
| Pennsylvania | 733,429 | 650,116 | 83,313 |
| New York* | 665,919 | N/A | N/A |
| Tennessee | 660,874 | 569,671 | 91,203 |
| Arizona | 636,100 | 601,850 | 34,250 |
| North Carolina | 635,975 | 577,872 | 58,103 |
| New Jersey | 594,749 | 537,115 | 57,634 |
| Indiana | 570,477 | N/A | N/A |
| Michigan | 570,150 | 525,612 | 44,538 |
| Wisconsin | 555,249 | 511,136 | 44,113 |
| New York City* | 506,377 | 439,800 | 66,577 |
| Minnesota | 438,867 | N/A | N/A |
| Massachusetts | 432,370 | 422,474 | 9,896 |
| Missouri | 427,117 | N/A | N/A |
| Virginia | 412,545 | 339,468 | 73,077 |
| Alabama | 407,848 | 325,076 | 82,772 |

| State/Territory | Total Cases | Confirmed | Probable |
|---|---|---|---|
| Colorado | 364,336 | 348,030 | 16,306 |
| South Carolina | 359,357 | 328,028 | 31,329 |
| Louisiana | 352,939 | N/A | N/A |
| Oklahoma | 346,621 | 274,612 | 72,009 |
| Maryland | 314,867 | N/A | N/A |
| Utah | 309,629 | 309,629 | 0 |
| Kentucky | 308,729 | 246,392 | 62,337 |
| Iowa | 298,406 | N/A | N/A |
| Washington | 278,544 | N/A | N/A |
| Arkansas | 259,553 | N/A | N/A |
| Nevada | 252,842 | N/A | N/A |
| Kansas | 247,502 | 206,090 | 41,412 |
| Mississippi | 243,899 | 159,985 | 83,914 |
| Connecticut | 217,047 | 204,505 | 12,542 |
| Nebraska | 177,670 | N/A | N/A |
| New Mexico | 157,974 | N/A | N/A |
| Idaho | 151,273 | 124,248 | 27,025 |
| Oregon | 127,780 | 126,060 | 1,720 |
| South Dakota | 103,743 | N/A | N/A |
| West Virginia | 103,203 | 83,089 | 20,114 |
| Rhode Island | 101,393 | N/A | N/A |
| North Dakota | 95,135 | 91,463 | 3,672 |
| Montana | 87,077 | 87,077 | 0 |
| Puerto Rico | 84,639 | 79,006 | 5,633 |
| Delaware | 66,446 | 63,532 | 2,914 |
| New Hampshire | 53,148 | N/A | N/A |
| Alaska | 48,797 | N/A | N/A |
| Wyoming | 48,072 | 41,116 | 6,956 |
| District of Columbia | 32,423 | N/A | N/A |
| Maine | 31,149 | 25,707 | 5,442 |
| Hawaii | 23,048 | N/A | N/A |
| Vermont | 9,247 | N/A | N/A |
| Guam | 7,444 | N/A | N/A |
| Virgin Islands | 2,166 | N/A | N/A |
| Northern Mariana Islands | 128 | 128 | 0 |
| Republic of Marshall Islands | 4 | 4 | 0 |
| American Samoa | 3 | N/A | N/A |
| Federated States of Micronesia | 1 | 1 | 0 |
| Palau | 0 | N/A | N/A |

## How does COVID-19 Spread?
Learn more

## Information on US COVID-19 Cases Caused by Variants
Learn more here

View and Download COVID-19 Case Surveillance Public Use Data

**Data Sources, References & Notes:** Data will update as soon as they are reviewed and verified, oftentimes before 8 pm ET. However, daily updates might be delayed due to delays in reported data.

The case classifications for COVID-19, a nationally notifiable disease, are described in an an updated interim COVID-19 position statement and case definition issued by the Council of State and Territorial Epidemiologists on August 5, 2020 .. However, there is some variation in how jurisdictions implement these case classifications. More information on how CDC collects COVID-19 case surveillance data can be found at CDC's COVID-19 FAQ webpage.

Total cases are based on aggregate counts of COVID-19 cases reported by state and territorial jurisdictions to the Centers for Disease Control and Prevention (CDC) since January 21, 2020, with the exception of persons repatriated to the United States from Wuhan, China, and Japan. All displayed counts include confirmed COVID-19 cases and deaths as reported by U.S. states, U.S. territories, New York City (NYC), and the District of Columbia from the previous day. Counts for certain jurisdictions also include probable COVID-19 cases and deaths. Counts for NYC and New York State are shown separately; data for New York State show total cases and deaths for the state excluding data for NYC. COVID-19 case and death data that are not available to CDC are denoted by N/A.

The map can be modified to show cases and deaths per 100,000 people in the last 7 days, total new cases and deaths in the last 7 days, total cases and deaths since January 21, 2020, and rates for cases (cases/100,000 people) and deaths (deaths/100,000). Totals per 100,000 people in the last 7 days are calculated as the 7-day moving average of new cases or deaths (current day + 6 preceding days divided by 7) per 100,000 people using the U.S. Census Bureau, 2019* American Community Survey 1-year estimates. Rates per 100,000 are calculated as the total cases or deaths per 100,000 people using the U.S. Census Bureau, 2019* American Community Survey 1-year estimates.

*2018 population estimates are still used for American Samoa, Federated States of Micronesia, Guam, New York City, Northern Mariana Islands, Palau, Republic of Marshall Islands and United States Virgin Islands.

CDC's overall COVID-19 case and death numbers are validated through a confirmation process with each jurisdiction. COVID-19 case and death numbers reported on other websites may differ from what is posted on the CDC COVID Data Tracker due to the timing of reporting and COVID Data Tracker updates, which may differ by up to 24 hours. CDC COVID-19 counts from previous dates may be continually revised as more records are received and processed. Not all jurisdictions report counts daily; some counts are reported in batches and may increase COVID-19 case and death counts at different intervals and appear as spikes. The process used for finding and confirming COVID-19 cases and deaths displayed by other sites may differ.

On 18 December, Texas reported 171,505 historical counts of probable cases with dates between 1 November and 18 December. This raised the total number of new cases in both Texas and the U.S. during this time period and correspondingly affects the 7-day rolling average of new cases.

**HAVE QUESTIONS?**

 Visit CDC-INFO

 Call 800-232-4636

Email CDC-INFO

 Open 24/7

**CDC INFORMATION**
About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

**CONNECT WITH CDC**

      

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer