

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** May 10, 2021

**Re:** Mossimo Giannulli, Docket #1:19CR10080-8
**Request for International Travel**

---

The purpose of this memorandum is to advise the Court that the above-captioned individual has requested permission to travel to San Jose Del Cabo, Mexico.

On August 21, 2020, Mr. Giannulli appeared before Your Honor, having previously plead guilty to One Count of Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud, in violation of 18 U.S.C. §1349, 1343 and 1346. Mr. Giannulli was sentenced to 5 months in custody, followed by 2 years of supervised release. Mr. Giannulli commenced his term of supervised release on April 16, 2021 and has been supervised in the Central District of California since that time.

Mr. Giannulli is requesting travel to San Jose Del Cabo, Mexico to spend time with his family. Mr. Giannulli is seeking to travel, leaving approximately June 16, 2021 and returning June 21, 2021.

Mr. Giannulli has remained in compliance during his term of supervised release. According to the Central District of California, Mr. Giannulli has presented respectfully and cooperatively in all interactions with his Probation Officer. Mr. Giannulli has satisfied his fine of $250,000 and is actively working on completing his community service requirement. The Probation Office in the Central District of California is in support of the above requested travel. If Your Honor approves of Mr. Giannulli's requested travel to San Jose Del Cabo, Mexico, please kindly indicate by signing below:

The Court Orders:

I concur ___✗___

I do NOT concur_____

_____Denise J. Casper_____
The Honorable Nathaniel M. Gorton  Denise J. Casper
U.S. District Judge

Date: May 20, 2021