

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** October 20, 2021

**Re:** Mossimo Giannulli, Docket #1:19CR10080-8

<u>Request for International Travel</u>

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to San Jose Del Cabo, Mexico.

On August 21, 2020, Mr. Giannulli appeared before The Honorable Nathaniel M. Gorton, U.S. District Judge for the District of Massachusetts, having previously plead guilty to One Count of Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud, in violation of 18 U.S.C. §1349, 1343 and 1346. Mr. Giannulli was sentenced to 5 months in custody, followed by 2 years of supervised release. Mr. Giannulli commenced his term of supervised release on April 16, 2021 and has been supervised in the Central District of California since that time.

Mr. Giannulli is requesting travel to San Jose Del Cabo, Mexico for leisure and work-related purposes. Mr. Giannulli will be attending a wedding and hosting meetings with a large business account holder. Mr. Giannulli is seeking to travel, leaving November 5, 2021 and returning on November 12, 2021.

According to the Central District of California, Mr. Giannulli has remained in compliance during his term of supervised release. Mr. Giannulli has satisfied his fine of $250,000 and continues to make progress with satisfying his community service requirement. The District of Massachusetts Probation Office is in support of the above requested travel. If Your Honor approves of Mr. Giannulli's requested travel to San Jose Del Cabo, Mexico, please kindly indicate by signing below:

The Court Orders:

I concur_____

I do NOT concur_____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date:_____