

# Memorandum

To: The Honorable Nathaniel M. Gorton, U.S. District Judge

From: Thomas C. Mullen, III, Supervisory U.S. Probation Officer

Date: September 13, 2022

Re: **Giannulli, Mossimo Dkt. No.: 1:19CR10080-8-NMG – Request for International Travel**

---

The purpose of this memorandum is to advise the Court that the above-captioned individual has requested permission to travel to St. Andrews, United Kingdom, from September 27, 2022 to October 2, 2022, for business related travel.

On August 21, 2020, Mr. Giannulli appeared before Your Honor, having plead guilty to One Count of Conspiracy to Commit Mail Fraud and Wire Fraud and Honest Services Mail and Wire Fraud, in violation of 18 U.S.C. § 1349, 1343 and 1346. Mr. Giannulli was sentenced to 5 months in custody, followed by 2 years of supervised release. Mr. Giannulli commenced his term of supervised release on April 16, 2021 and has been supervised in the Central District of California since that time.

Mr. Giannulli has remained in compliance during his term of supervised release. According to the Central District of California, Mr. Giannulli has presented respectfully and cooperatively in all interactions with his Probation Officer. Mr. Giannulli has satisfied his fine of $250,000 and 250 hours of community service. The Probation Office in the Central District of California is in support of the above requested travel. If Your Honor approves of Mr. Giannulli's requested travel to St. Andrews, United Kingdom, please kindly indicate by signing below:

The Court Orders:

I concur_____   I do NOT concur_____

                                                                       The Honorable Nathaniel M. Gorton
                                                                       U.S. District Judge

                                                                       Date:_____